Freeburg Law LLC
Alex Freeburg, Bar No. 7-5182
222 East 21st St.,
Cheyenne, WY 82001
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No.   L:26-po-00214-SAH |
| BLAKE BROWER, | |
| Defendant. | |

## NOTICE OF REQUEST FOR DISCOVERY

COMES NOW, Defendant Blake Brower, and hereby provides notice of this request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Local Criminal Rule 16.1. Specifically, Defendant requests discovery of:

1. Oral statements made by the Defendant. Fed.R.Crim.P. 16(a)(1)(A).

2. Written or recorded statements made by the Defendant. Fed.R.Crim.P. 16(a)(1)(B). Defendant expects these recordings include:

   a. All video recordings of the encounter.

3. Defendant's prior criminal record. Fed.R.Crim.P. 16(a)(1)(D).

4. Documents and objects. Fed.R.Crim.P. 16(a)(1)(E). Defendant requests inspection and copying of documents or objects related to this case in the Government's possession, custody, or control.

Freeburg Law, LLC | Box 3442, Jackson, WY 83001 | tel. (307) 200-9720| fax (307) 939-7090

Page 1 of 3

5. Reports of examinations and tests. Fed.R.Crim.P. 16(a)(1)(F).

6. Expert witnesses. Fed.R.Crim.P. 16(a)(1)(G). Defendant requests the curriculum vitae and expected testimony of any expert witnesses called by the government.


Dated _____04/28/2026_____.    _____

Alex Freeburg, Bar No. 7-5182
Freeburg Law LLC
222 East 21st St.,
Cheyenne, WY 82001

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was sent to:

United States Attorney's Office
P.O. Box 793
Yellowstone NP, WY

☐ hand delivery
☐ U.S. mail
☐ email
☐ FSX
☒ CM-ECF

Dated _____04/28/2026_____.     ____/s/Robin Wood_____
Signed